years for armed criminal action to run consecutively to the life terms, and twenty-five years for armed criminal action to run concurrently. Defendant also appeals the denial of his Rule 29.15 motion for post-conviction relief. We affirm.

We have reviewed the record and find the claims of error are without merit; the judgment of the motion court is based on findings of fact that are not clearly erroneous. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rules 30.25(b) and 84.16(b).

*ORDER*

PER CURIAM.

Jay P. Faber appeals from the trial court's order (1) denying his motion to modify a dissolution decree seeking to grant him primary physical custody of his son and, (2) granting Joana Faber's motion to modify seeking to grant her primary legal and physical custody of son. We affirm.

An extended opinion would serve no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).

■

**Joana D. FABER, Respondent/Cross–Movant,**

v.

**Jay P. FABER, Appellant/Movant.**

No. 69418.

Missouri Court of Appeals,
Eastern District,
Division Five.

April 1, 1997.

W. Morris Taylor, Clayton, for appellant.

Mark H. Kruger, St. Louis, for respondent.

Mary Elizabeth Davidson, Guardian Ad Litem, St. Louis, for respondent.

Before AHRENS, C.J., and CRANDALL and RHODES RUSSELL, JJ.

■

**James E. and Deborah D. WILLIAMS, Plaintiffs/Appellants,**

v.

**Paul E. BURK, D.O., and Deaconess Health Services Corporation and Metropolitan Medical Center, Defendants/Respondents.**

No. 70936.

Missouri Court of Appeals,
Eastern District,
Division Five.

April 1, 1997.

James F. McMullin, Clayton, for Plaintiffs/Appellants.

Ross T. Anderson, Clayton, for Defendants/Respondents.

Before AHRENS, C.J., CRANDALL, J., and JOSEPH M. ELLIS, Special Judge.